ORIGINAL

AQUININGOC_L.ter

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
MAY -2 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LOURDES BLAS AQUININGOC, <br><br> Defendant, | CRIMINAL CASE NO. 01-00078 <br><br> **MOTION TO TERMINATE WRIT OF CONTINUING GARNISHMENT** |
| MAIDS TO ORDER, INC. <br> dba MTO MAINTENANCE, <br><br> Garnishee. | |

On or about April 14, 2005, a Writ of Continuing Garnishment directed to Garnishee were duly issued and served upon the Garnishee. On or about April 25, 2006, our office

//
//
//
//
//
//

confirmed with the garnishee that defendant is no longer employed with them and her last day was December 2, 2005. Plaintiff respectfully requests that the Court terminate the Writ of Continuing Garnishment against Defendant LOURDES BLAS AQUININGOC.

DATED this 2nd day of May, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: MARIVIC P. DAVID
Assistant U.S. Attorney