AQUININGOC_L.ord

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America

FILED
DISTRICT COURT OF GUAM
MAY - 3 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LOURDES BLAS AQUININGOC, ) <br> ) <br> Defendant, ) <br> _____ ) <br> ) <br> MAIDS TO ORDER, INC. ) <br> dba MTO MAINTENANCE, ) <br> ) <br> Garnishee. ) <br> _____ ) | CRIMINAL CASE NO. 01-00078 <br><br> **O R D E R** <br><br> Re: United States Motion to Terminate Writ of Continuing Garnishment |

For the reasons set forth in the Plaintiff's Motion to Terminate Writ of Continuing Garnishment, the Writ of Continuing Garnishment directed to the above-named garnishee is hereby terminated.

**SO ORDERED** this 3rd day of May 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

ORIGINAL