ORIGINAL

1  AQUININGOC_L.facg

2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910
   TEL: (671) 472-7332
6  FAX: (671) 472-7215

7  Attorney's for United States of America

**FILED**
DISTRICT COURT OF GUAM
MAY - 4 2006
MARY L.M. MORAN
CLERK OF COURT

8
                    IN THE UNITED STATES DISTRICT COURT
9
                         FOR THE DISTRICT OF GUAM
10

11  UNITED STATES OF AMERICA,       )   CRIMINAL CASE NO. 01-00078 *tc*
                                    )   ~~93-00034~~
12              Plaintiff,          )
                                    )
13      vs.                         )   FINAL ACCOUNTING UPON
                                    )   TERMINATION OF GARNISHMENT
14  LOURDES BLAS AQUININGOC,        )
                                    )
15              Defendant,          )
    _____)
16

17          FINAL ACCOUNTING UPON TERMINATION OF GARNISHMENT

18  To:  Maids To Order, Inc.
         dba: MTO Maintenance
19       P.O. Box 8397
         Tamuning, Guam 96931
20

21      Pursuant to Title 28 U.S.C. § 3205(c)(9)(B), the United States of America submits the

22  following cumulative accounting of all monies and property received under the Writ of

23  Continuing Garnishment filed in the above entitled action.

24      Pursuant to the Writ of Continuing Garnishment issued on or about April 14, 2005,

25  $1,057.21 has been withheld from the Judgment Debtor and applied to the judgment debt.

26  //

27  //

28  //

You are notified that you have ten (10) days from the receipt of this final accounting to file a written objection to the accounting and request a hearing in accordance with Title 28, U.S.C. § 3205(c)(9)(B). If you do object, you must state your grounds for objection and send the written objection to the United States District Court of Guam, 4th Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagåtña, Guam and the United States Attorney's Office, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagåtña, Guam 96910.

RESPECTFULLY SUBMITTED this 2nd day of May, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: MARIVIC P. DAVID
Assistant U.S. Attorney

PAYMENT HISTORY
FOR: 2002Z00020

DEBTOR:  Aquiningoc, Lourdes Blas
COLLECTION TYPE:  6A
BALANCE AS OF DECEMBER 22, 2005:  $1,230.57

| DATE RCVD | FORM | COURT RECEIPT | CHECK NBR | PAYMENT AMOUNT |
|---|---|---|---|---|
| 14-JUL-2005 | GC/H | 0026755 | 18138 | $   8.08 |
| 20-JUL-2005 | GC/H | 0026789 | 18000 | 157.40 |
| 20-JUL-2005 | GC/H | 0026790 | 18005 | 97.76 |
| 15-SEP-2005 | GC/H | 0027090 | 18796 | 58.18 |
| 28-SEP-2005 | GC/H | 0027153 | 18906 | 76.27 |
| 14-OCT-2005 | GC/H | 0027356 | 19062 | 123.04 |
| 26-OCT-2005 | GC/H | 0027406 | 19208 | 141.40 |
| 14-NOV-2005 | GC/H | 0027529 | 19335 | 114.35 |
| 29-NOV-2005 | GC/H | 0027618 | 19460 | 111.36 |
| 12-DEC-2005 | GC/H | 0027698 | 19599 | 137.05 |
| 22-DEC-2005 | GC/H | 0027783 | 19717 | 32.32 |

TOTAL DOLLAR AMOUNT OF PAYMENTS:    $1,057.21