ORIGINAL

Aquiningoc_L.svc

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

FILED
DISTRICT COURT OF GUAM
MAY -8 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LOURDES BLAS AQUININGOC,<br><br>　　　　Defendant,<br><br>MAIDS TO ORDER, INC.<br>dba MTO MAINTENANCE,<br><br>　　　　Garnishee. | CRIMINAL CASE NO. 01-00078<br><br>**CERTIFICATE OF SERVICE** |

　　　I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that filed copies of the following: **Motion to Terminate Writ of Continuing Garnishment, Order Re: United States Motion to Terminate Writ of Continuing Garnishment** and **Final Accounting Upon Termination of Garnishment** were sent to the defendant and garnishee by mail on _May 5, 2006_.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Michelle Perez_
　　　　　　　　　　　　　　　　　　　　　　　　　　　MICHELLE PEREZ